UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CHARLES A. KRANZ,

                Plaintiff,

-against-

JO ANNE B. BARNHART, Commissioner,
Social Security Administration,

                Defendant.
---------------------------------------------------------------X

JUDGMENT
01-CV-7727 (DLI)

      A Memorandum and Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on August 2, 2005, denying plaintiff's motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c); denying defendant's cross-motion for judgment on the pleadings; and remanding the case to the Commissioner of Social Security for further administrative proceedings consistent with the Court's Memorandum and Order of August 2, 2005; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that plaintiff's motion for judgment on the pleadings is denied; that defendant's cross-motion for judgment on the pleadings is denied; and that the case is remanded to the Commissioner of Social Security for further administrative proceedings consistent with the Court's Memorandum and Order of August 2, 2005.

Dated: Brooklyn, New York
       August 02, 2005

                                              ROBERT C. HEINEMANN
                                              Clerk of Court